OPINION — AG — 11 O.S. 1976 Supp., 659.1 [11-659.1] ET SEQ., DOES NOT REPEAL BY IMPLICATION THE POWER OF THE GOVERNING BODY OF A CITY TO VACATE STREETS OR OTHER PUBLIC PLACES FOR THE PURPOSES OF URBAN RENEWAL AS SET FORTH IN THE URBAN REDEVELOPMENT LAW, 11 O.S. 1971 1601 [11-1601] THRU 11 O.S. 1971 1624 [11-1624], CITE: 11 O.S. 1971 1611 [11-1611], 11 O.S. 1971 1613 [11-1613], 11 O.S. 1971 659 [11-659] [11-659], 11 O.S. 1976 Supp., 659.9 [11-659.9], 11 O.S. 1971 1604 [11-1604] (PAUL C. DUNCAN)